### LUDWICK v. DAVENPORT–TREACY PIANO CO.

(Supreme Court, Appellate Term.   November 24, 1908.)

LIENS (§ 1*)—LIENS ON PERSONALTY—ENFORCEMENT—EVIDENCE.
    In the absence of evidence that a person receiving from the owner a piano for repairs had authority to deliver the same to a third person, the latter has no right to enforce a lien against the owner.
    [Ed. Note.—For other cases, see Liens, Dec. Dig. § 1.*]

Action by Margaret Ludwick against the Davenport-Treacy Piano Company. From a judgment of the municipal court in favor of defendant, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Abraham Oberstein, for appellant.
David J. Wagner, for respondent.

PER CURIAM.    There is no direct evidence nor any testimony from which a legitimate inference can be drawn that Cassidy, to whom the plaintiff had delivered her piano for repairs and which is the subject of this action, had any authority to deliver the same to the defendant, without which evidence it would have no right to enforce a lien against the plaintiff. Gluckman v. Kleiman, 3 Misc. Rep. 97, 22 N. Y. Supp. 549.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes